P.N.A. CONSTRUCTION TECHNOLOGIES, INC.,
Plaintiff–Appellee,

v.

McTECH GROUP, INC., McDonald Technology Group, LLC, and Stephen F. McDonald, Defendants–Appellants.

No. 2006–1287.

United States Court of Appeals, Federal Circuit.

May 8, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

In re Avi J. ASHKENAZI, David Botstein, Kelly H. Dodge, Audrey Goddard, Austin L. Gurney, Kyung Jin Kim, David A. Lawrence, Robert Pitti, Margaret A. Roy, Daniel B. Tumas, and William I. Wood.

No. 2006–1251.

United States Court of Appeals, Federal Circuit.

May 9, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

FEDERAL–MOGUL CORPORATION and Felt Products Mfg. Co.,
Plaintiffs–Appellants,

v.

ELRING KLINGER AG,
Defendant–Appellee.

No. 06–1138.

United States Court of Appeals, Federal Circuit.

May 10, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).